UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOHN LUCEY and LORI LUCEY,

                Plaintiffs,

-against-

GIBRALTAR CONTRACTING, INC. and
CALCEDO CONSTRUCTION CORP.,

                Defendants.

------------------------------------------------------------x

1:16-07348 CV

Stipulation of Dismissal

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued and dismissed with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, NY
         May 14, 2018

_____
Gerald T. McCarthy
McCarthy | Kelly LLP
Attorneys for Plaintiff
52 Duane Street
New York, NY 10007
212-732-6408

_____
Frank V. Pesce, Esq.
Fischetti & Pesce, LLP
Attorney for Calcedo Construction Corp.
119 N. Park Avenue, 4th Floor
Rockville Centre, New York 11570
516-873-1511

So Ordered:

*Naomi Reice Buchwald, USDJ*

June 11, 2018